**Fill in this information to identify the case:**

Debtor 1  John  S.  Krochmal
Debtor 2 _____
(Spouse, if filing)
United States Bankruptcy Court for the: District of New Hampshire
Case number  19-10807-BAH

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no. (if known):** 4-1

**Last 4 digits** of any number you use to identify the debtor's account:  8 4 4 6

**Does this notice supplement a prior notice of post petition fees, expenses, and charges?**

☐ No
☒ Yes. Date of the last notice: **09/12/2019**

**Part 1:   Itemize Post petition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) |
| 2. Non-sufficient funds (NSF) fees | | (2) |
| 3. Attorney fees | | (3) |
| 4. Filing fees and court costs | | (4) |
| 5. Bankruptcy/Proof of claim fees | 07/10/2019 | (5) $650.00* |
| 6. Appraisal/Broker's price opinion fees | | (6) |
| 7. Property inspection fees | | (7) |
| 8. Tax advances (non-escrow) | | (8) |
| 9. Insurance advances (non-escrow) | | (9) |
| 10. | | (10) |
| 11. Other. Specify: | | (11) |
| 12. Other. Specify: | | (12) |
| 13. Other. Specify: | | (13) |
| 14. Other. Specify: | | (14) |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2   Notice of Post petition Mortgage Fees, Expenses, and Charges   Page 1

| Debtor 1 | John | S. | Krochmal | Case number *(if known)* 19-10807-BAH |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

**X** I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Harmon Law Offices, P.C. as attorney for Quicken Loans Inc.

**X** ___/s/Richard T. Mulligan_____     Date  ___9_/_19____/_19__
Signature

| Print: | Richard | T. | Mulligan | Title | Attorney |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

Company: Harmon Law Offices, P.C.

Address: 150 California St.
Number    Street

Newton          MA        02458
City           State     ZIP Code

Contact phone  (617)558-0500          Email  mabk@harmonlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

| | |
|---|---|
| IN RE:<br><br>John S. Krochmal a/k/a John S. Krochmal, Jr<br><br>Debtor | Case No. 19-10807-BAH<br>Chapter 13 |

## FORM 410S2 - ADDENDUM

***Bankruptcy/Proof of Claim Fees:**  This represents the fee for the review of the plan and for the preparation and filing of the Proof of claim.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE (CONCORD)

| | |
|---|---|
| IN RE:<br><br>John S. Krochmal a/k/a John S. Krochmal, Jr<br><br>Debtor | Case No. 19-10807-BAH<br>Chapter 13 |

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on _September 19, 2019_____, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of New Hampshire on behalf of Quicken Loans Inc. using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Douglas Thornton
Lawrence Sumski
Office of the United States Trustee

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

John S. Krochmal
a/k/a John S. Krochmal, Jr
78 Barnett Hill Road
Alstead, NH 03602

Respectfully submitted,
Quicken Loans Inc.,
By its Attorney
/s/Richard T. Mulligan
_____
Richard T. Mulligan
NH Bar Number 6414
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
nhbk@harmonlaw.com

Dated:September 19, 2019